United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF,

Hieu Duc Do — #179849

                                                                      /

No. C 13-80136 WHA

**ORDER LIFTING
INTERIM SUSPENSION**

   An order to show cause suspended Hieu Duc Do's membership in the bar of this Court on an interim basis due to a suspension by the Supreme Court of California. Attorney Do timely responded with documentation establishing that he has been restored to active membership in the State Bar of California. The interim suspension is accordingly **LIFTED**.

   **IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE